391 P.3d 1242

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Kamaile Elaine POWELL, Defendant-Appellant**

**NO. CAAP-14-0001364**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, February 28, 2017

As Amended April 17, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (Kona Division) (CASE NO. 3DTC-14-043849)

<u>SUMMARY DISPOSITION ORDER</u>

Vacate. Remand.